1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICARDO MONTESINOS-BONILLA,

                Petitioner,

    v.

NATALIE ASHER, et al.,

                Respondents.

NO.  C15-1903-JCC-JPD

REPORT AND
RECOMMENDATION

       Petitioner, an immigration detainee at the Northwest Detention Center in Tacoma, Washington, is proceeding through counsel in this 28 U.S.C. § 2241 habeas action.  Respondents have been served but have not yet submitted their return and status report.  On December 26, 2015, petitioner filed an Unopposed Motion for Immediate Withdrawal of Petition for Writ of Habeas Corpus.  Dkt. 5.  Petitioner no longer seeks habeas relief because he has decided to accept his removal in light of the Ninth Circuit's recent adverse ruling on his petition for review.

       Based on the foregoing, the Court recommends that petitioner's unopposed motion be GRANTED and this habeas action be DISMISSED without prejudice.  A proposed order

\\

\\

REPORT AND RECOMMENDATION - 1

1    accompanies this Report and Recommendation.  The Clerk should note the matter as

2    immediately ready for the Honorable John C. Coughenour.

3         DATED this 29th day of December, 2015.

4

5                                        s/ James P. Donohue
                                         Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2