UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICARDO MONTESINOS-BONILLA,

　　　　　　　Petitioner,

　　v.

NATALIE ASHER, *et al.*,

　　　　　　　Respondents.

NO. C15-1903-JCC

ORDER OF DISMISSAL

　　The Court, having reviewed the Report and Recommendation (Dkt. No. 6) of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and orders:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 6).
2. Petitioner's Unopposed Motion for Immediate Withdrawal of Petition for Writ of Habeas Corpus (Dkt. No. 5) is GRANTED, and this action is DISMISSED without prejudice.
3. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

//
//
//
//
//
//

ORDER OF DISMISSAL - 1

1     DATED this 30th day of December 2015.

2

3

4

5

6                              *[signature]*

7                              John C. Coughenour
                               UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2